UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HEATHER NEWTON,**

   *Plaintiff,*

v.                                                           8:24-cv-01741-JSM-AAS

**EQUIFAX INFORMATION**
**SERVICES LLC,**

   *Defendant.*
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Equifax Information LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on August 28, 2024.

                                                          /s/ *Fethullah Gulen*
                                                          Fethullah Gulen, Esq.
                                                          Florida Bar Number: 1045392
                                                          Seraph Legal, P. A.
                                                          2124 W Kennedy Blvd., Suite A
                                                          Tampa, FL 33606
                                                          (813) 567-1230
                                                          FGulen@SeraphLegal.com
                                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392